UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00067 |
| | ) | JUDGE CAMPBELL |
| DAVID DEWAYNE CHURCH, JR. | ) | |

ORDER

Pending before the Court is a Second Motion to Continue (Docket No. 16) status conference scheduled for July 26, 2013. The Motion is GRANTED.

The status conference is CANCELLED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE