UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00067 |
| | ) | JUDGE CAMPBELL |
| DAVID DEWAYNE CHURCH, JR. | ) | |

## ORDER

The Court attempted to hold a status conference on December 9, 2013. Counsel for Defendant failed to appear for the status conference. Therefore, the hearing scheduled for December 9, 2013, was cancelled.

The status conference is RESCHEDULED for December 23, 2013, at 12:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE