UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00067 |
| | ) | JUDGE CAMPBELL |
| DAVID D. CHURCH | ) | |

ORDER

The change of plea hearing and/or pretrial conference scheduled for December 30, 2013, is RESCHEDULED for January 3, 2014 at 11:00 a.m.

All other deadlines in Order (Docket No. 19) remain unchanged.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE