IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:13-00067 |
| v. | ) | Judge Campbell / Knowles |
| | ) | |
| DAVID DEWAYNE CHURCH, JR. | ) | |

## ORDER

Judge Campbell has entered an Order referring this case to the undersigned "to determine the status of counsel for the Defendant." Docket No. 24. The Order states in part that Judge Campbell attempted to hold a status conference in this case on December 23, 2013, but that counsel for Defendant did not appear for the status conference. The trial, however, remains scheduled for January 7, 2014, with a pre-trial conference set on January 3, 2014.

Counsel for Defendant shall appear before the undersigned on Friday, December 27, 2013, at 10:30 a.m. so that the undersigned may determine the status of Defendant's counsel and her reasons for failing to appear for the referenced status conference on December 23, 2013.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge