UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00067 |
| | ) | JUDGE CAMPBELL |
| DAVID DEWAYNE CHURCH, JR. | ) | |

## ORDER

Pending before the Court is a Motion to be Excused From Attending the Status Conference on February 21, 2014. The Motion is GRANTED.

AUSA Onderak will appear as co-counsel for the Government.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE