UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:13-00067 |
| | ) | JUDGE CAMPBELL |
| | ) | |
| DAVID DEWAYNE CHURCH, JR. | ) | |

ORDER

Pending before the Court is the Defendant's Motion To Suppress Evidence (Docket No. 36), and the Government's Response thereto (Docket No. 47). The Court held a hearing on the Motion on March 5, 2014. For the reasons stated on the record at the hearing, the Motion is DENIED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE